FILED by \_\_MM\_\_ D.C.

Nov 8, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **22-20540-CR-ALTONAGA/DAMIAN**

18 U.S.C. § 2314
18 U.S.C. § 2315
18 U.S.C. § 981(a)(1)(C)
28 U.S.C. § 2461(c)

UNITED STATES OF AMERICA

v.

DELVIS LARA FUENTES,
YOSLANY LEYVA DEL SOL, and
LEDIER MACHIN ANDINO,

    Defendants.

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Transportation of Stolen Goods**
**(18 U.S.C. § 2314)**

From on or about October 14, 2022, through on or about October 20, 2022, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants,

**DELVIS LARA FUENTES,
YOSLANY LEYVA DEL SOL, and
LEDIER MACHIN ANDINO,**

did knowingly transport, transmit, and transfer in interstate commerce any goods, wares, and merchandise, valued at $5,000 or more, that is meat, knowing the same to have been stolen, converted, and taken by fraud, in violation of Title 18, United States Code, Sections 2314 and 2.

<u>**COUNT 2**</u>
**Possession of Stolen Goods**
**(18 U.S.C. § 2315)**

On or about October 20, 2022, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants,

**DELVIS LARA FUENTES,**
**YOSLANY LEYVA DEL SOL, and**
**LEDIER MACHIN ANDINO,**

did knowingly receive, possess, conceal, store, barter, sell, and dispose of goods, wares, and merchandise valued at $5,000 or more, that is meat, that had crossed a State boundary after being stolen, unlawfully converted, and taken, knowing the same to have been stolen, converted, and taken, in violation of Title 18, United States Code, Sections 2315 and 2.

<u>**FORFEITURE ALLEGATIONS**</u>

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which any of the defendants, **DELVIS LARA FUENTES, YOSLANY LEYVA DEL SOL,** and **LEDIER MACHIN ANDINO,** have an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 2314, as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
MARIA L. CATALA
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: _____

v.
DELVIS LARA FUENTES,
YOSLANY LEYVA DEL SOL, and
LEDIER MACHIN ANDINO,
                              /
                    **Defendants.**

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

**Court Division** (select one)
- ☑ Miami
- ☐ Key West
- ☐ FTP
- ☐ FTL
- ☐ WPB

New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of New Counts _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) **Yes**
   List language and/or dialect: Spanish

4. This case will take __5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   ☑ 0 to 5 days
   - II  ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV  ☐ 21 to 60 days
   - V   ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) **No**
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) **Yes**
   If yes, Magistrate Case No. **22-mj-03809-AOR**

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) **No**
   If yes, Judge _____ Case No. _____

9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) **No**
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) **No**

By: _____
MARIA L. CATALA
Assistant United States Attorney
FL Bar No.   1000435

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** <u>**Delvis Lara Fuentes**</u>

**Case No:** _____

Count #: 1

<u>Transportation of Stolen Goods</u>

<u>Title 18, United States Code, Sections 2314 and 2</u>
* **Max. Term of Imprisonment: 10 years**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $250,000**

Count #: 2

<u>Possession of Stolen Goods</u>

<u>Title 18, United States Code, Section 2315</u>
* **Max. Term of Imprisonment: 10 years**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $250,000**

*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name: Yoslany Leyva Del Sol**

**Case No:** _____

Count #: 1

Transportation of Stolen Goods

Title 18, United States Code, Sections 2314 and 2
* **Max. Term of Imprisonment: 10 years**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $250,000**

Count #: 2

Possession of Stolen Goods

Title 18, United States Code, Section 2315
* **Max. Term of Imprisonment: 10 years**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $250,000**

*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** <u>Ledier Machin Andino</u>

**Case No:** _____

Count #: 1

<u>Transportation of Stolen Goods</u>

<u>Title 18, United States Code, Section 2314</u>
* Max. Term of Imprisonment: 10 years
* Mandatory Min. Term of Imprisonment (if applicable):
* Max. Supervised Release: 3 years
* Max. Fine: $250,000

Count #: 2

<u>Possession of Stolen Goods</u>

<u>Title 18, United States Code, Section 2315</u>
* Max. Term of Imprisonment: 10 years
* Mandatory Min. Term of Imprisonment (if applicable):
* Max. Supervised Release: 3 years
* Max. Fine: $250,000

*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.