UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20540-ALTONAGA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DELVIS LARA-FUENTES, et.al.,

    Defendant.
_____/

## UNOPPOSED JOINT MOTION TO CONTINUE TRIAL

Comes now, the Defendant, Delvis Lara-Fuentes, by and through undersigned counsel and files this Unopposed Joint Motion to Continue Trial and in support thereof states:

1. This matter is schedule for a Calendar Call on December 16, 2022 at 8am.

2. The government has provided counsel with two discovery productions and has indicated that a third discovery production will be provided shortly.

3. All of last week and until yesterday, counsel was in in trial before The Honorable Rodney Smith.  As a result, he has been unable to review the discovery with the Defendant.

4. Counsel spoke to the two attorneys representing the other two co-defendants in this case. All counsels need additional time to meet with the Defendants in order to review the discovery.

5. Lastly, counsel spoke to Assistant United States Attorney, Maria Catala, who indicated that she will be out of town December 22, 2022 through 30, 2022, and January 12, 2023 through January 16, 2023. Therefore, AUSA Catala does not object to this motion.

6. Counsel and AUSA Catala proposed setting this matter for a trial date in late February.

WHEREFORE, undersigned counsel prays this Honorable Court enter its Order granting this motion.

Respectfully submitted,

OMAR A. LOPEZ, P.A.
848 Brickell Avenue, Suite 602
Miami, FL 33131
T:305.789.4430
F:305.503.9521
Email: omar@omarlopezlaw.com

By: <u>Omar A. Lopez</u>
   Omar A. Lopez, Esquire
   Florida Bar No. 017870

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was on this 13th day of December 2022, furnished to all interested parties via the CF/ECF filing system.

<u>Omar A. Lopez, Esquire</u>
Omar A. Lopez, Esquire