UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20540-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**DELVIS LARA FUENTES**,
**YOSLANY LEYVA DEL SOL**,
and **LEDIER MACHIN ANDINO**,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court on Magistrate Judge Lisette M. Reid's Reports and Recommendations on Changes of Plea, all entered on May 17, 2023 [ECF Nos. 74, 75, and 76]. To date, no party has filed an objection. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Reports **[ECF Nos. 74, 75, and 76]** are **AFFIRMED AND ADOPTED**, and Defendants' guilty pleas are accepted.

**DONE AND ORDERED** in Miami, Florida, this 1st day of June, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
       Magistrate Judge Lisette M. Reid